LUMBER MUTUAL CASUALTY INSURANCE CO. OF NEW YORK, Respondent, v. J. & B. FRIEDMAN, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

SAMUEL ARONOWITZ, as Administrator, etc., of IRVING ORNSTEIN, Deceased, Respondent, v. MATTEO KAPLAN and SAMUEL ELIAS, Individually and as Copartners Trading under the Firm Name and Style of KAPLAN & ELIAS, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of ALBERT F. VOLGENAU, Appellant, for a Mandamus Order against JAMES E. FINEGAN and Others, Composing and Constituting the Municipal Civil Service Commission of the City of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

JOSEPH LEVIN, Respondent, v. IRVING HOLLANDER, Doing Business, etc., Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

JESSIE TAYLOR, a Taxpayer of the City of New York, Appellant, v. GEORGE J. RYAN and Others, Constituting the Board of Education of the City of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

W. STARLING BURGESS, Appellant, v. BOYD DONALDSON, Respondent.— Order, so far as appealed from, unanimously modified by granting motion to the extent of striking from item " 6 " of the notice of examination the words " breached the aforesaid contract in that he unlawfully, without justification and against the protestations of the defendant has;" from item " 9 " the words " unlawfully and without justification, in fraud of the assignment of 40 per cent of plaintiff's one-third right, title and interest in and to the property, assets and rights of the ' Dymaxion Project ' to the defendant above referred to, has;" and from item " 12 " the words " in violation of his contract with defendant's company, * * * has repeatedly and maliciously," and as so modified, the order is affirmed, with costs to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.